**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **07 C 6498** |

ALEXANDER MENDEZ AND CLAIRE MENDEZ
v.
VILLAGE OF TINLEY PARK, a Municipal Corporation,
JOSEPH VEGA, individually and as a police officer in the
Police Department of the Village of Tinley Park

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LI**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) | |
| Jennifer A. Kunze | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jennifer A. Kunze | |
| FIRM | |
| The Miller Law Group, LLC | |
| STREET ADDRESS | |
| 15 Spinning Wheel Road, Suite 210 | |
| CITY/STATE/ZIP | |
| Hinsdale, IL 60521 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 628665 | 630 655 0692 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**FILED**
**NOVEMBER 15, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT