## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| **ALEXANDER MENDEZ and CLAIRE MENDEZ,** | **2007 CV 6498** |
| v. | |
| **VILLAGE OF TINLEY PARK, a Municipal Corporation, and JOSEPH VEGA, Individually and as a police officer in the Police Department of the Village of Tinley Park** | **JUDGE HARRY D. LEINENWEBER** |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### Defendants VILLAGE OF TINLEY PARK and
### JOSE G. VEGA, JR., incorrectly sued as Joseph Vega

| | |
|---|---|
| NAME | **Paul A. Rettberg** |
| SIGNATURE | **s/ Paul A. Rettberg** |
| FIRM | **Querrey & Harrow, Ltd.** |
| STREET ADDRESS | **175 West Jackson Boulevard, Suite 1600** |
| CITY/STATE/ZIP | **Chicago, Illinois  60604** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2318938 | TELEPHONE NUMBER (312) 540-7040 |
|---|---|

| | YES | | NO |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | **X** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | **X** | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL                    APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 30th day of January, 2008, the foregoing **Additional Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Andrew K. Miller
The Miller Law Group, LLC
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Tel: (630) 654-4847
Fax: (630) 654-4894


s/ Paul A. Rettberg
Paul A. Rettberg


Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com