# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **ALEXANDER MENDEZ and**<br>**CLAIRE MENDEZ,**<br>    v.<br>**VILLAGE OF TINLEY PARK, a Municipal**<br>**Corporation, and JOSEPH VEGA,**<br>**Individually and as a police officer in the**<br>**Police Department of the Village of Tinley Park** | **2007 CV 6498**<br><br>**JUDGE HARRY D. LEINENWEBER** |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF TINLEY PARK and**
**JOSE G. VEGA, JR., incorrectly sued as Joseph Vega**

| | |
|---|---|
| NAME | Chloe G. Woodard |
| SIGNATURE | s/ Chloe G. Woodard |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294128 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES | | NO  **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES | | NO  **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES | | NO  **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES | | NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | | |
| RETAINED COUNSEL | APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 30th day of January, 2008, the foregoing **Additional Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Andrew K. Miller
The Miller Law Group, LLC
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Tel: (630) 654-4847
Fax: (630) 654-4894

s/ Chloe G. Woodard
Chloe G. Woodard

Chloe G. Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578