UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **ALEXANDER MENDEZ and CLAIRE MENDEZ,** v. **VILLAGE OF TINLEY PARK, a Municipal Corporation, and JOSEPH VEGA, Individually and as a police officer in the Police Department of the Village of Tinley Park** | **2007 CV 6498** <br><br> **JUDGE HARRY D. LEINENWEBER** |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF TINLEY PARK and JOSE G. VEGA, JR., incorrectly sued as Joseph Vega**

| NAME | Brandon K. Lemley |
|---|---|
| SIGNATURE | s/ Brandon K. Lemley |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6275355 | TELEPHONE NUMBER (312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES        NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES        NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                   APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 30th day of January, 2008, the foregoing **Additional Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Andrew K. Miller
>The Miller Law Group, LLC
>15 Spinning Wheel Road
>Suite 210
>Hinsdale, Illinois 60521
>Tel: (630) 654-4847
>Fax: (630) 654-4894

>s/ Brandon K. Lemley
>Brandon K. Lemley

Brandon K. Lemley
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578