50423-RET

**UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER MENDEZ and CLAIRE MENDEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-06498 |
| VILLAGE OF TINLEY PARK, a Municipal corporation, and JOSEPH VEGA, individually and as a police officer in the Police Department of the Village of Tinley Park, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COME the defendants, VILLAGE OF TINLEY PARK, a municipal corporation, and JOSEPH VEGA, individually and as a police officer in the Police Department of the Village of Tinley Park, by and through their attorneys, QUERREY & HARROW, LTD., and hereby move this Honorable Court for an order dismissing them from this lawsuit with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, the Defendants submit the attached Memorandum of Law in Support of their Motion to Dismiss.

                                                                                    Respectfully Submitted,

                                                                                    By:  s/ Stacey McGlynn Atkins

                                                                                    One of the Attorneys for Defendants

                                                                                    Village of Tinley Park and Officer Joseph Vega

Paul A. Rettberg
Stacey McGlynn Atkins
QUERREY & HARROW, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, Illinois 60604
312/ 540-7000