50423-RET

**UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER MENDEZ and CLAIRE MENDEZ, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | )   No. 07-cv-06498 ) |
| VILLAGE OF TINLEY PARK, a Municipal corporation, and JOSEPH VEGA, individually and as a police officer in the Police Department of the Village of Tinley Park, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Andrew K. Miller
      The Miller Law Group, LLC
      15 Spinning Wheel Road
      Suite 210
      Hinsdale, Illinois 60521

PLEASE TAKE NOTICE that on February 7, 2008, at 9:30 a.m., or as soon thereafter, the attached document entitled "**Defendants Rule 12(b)(6) Motion to Dismiss**" shall be presented before the Honorable Judge Leinenweber in Room 1941 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois. I have served the above parties with this Notice, and attached documents, by causing a true copy thereof to be transmitted via electronic service and/or mailed in a sealed envelope with postage thereon fully prepaid in the United States mail at 175 West Jackson Boulevard, Chicago, Illinois January 31, 2008, at or before the hour of 5:00 p.m.

By:   /s/ Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Attorneys for Defendants