50423-RET

**UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER MENDEZ and CLAIRE MENDEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-06498 |
| VILLAGE OF TINLEY PARK, a Municipal corporation, and JOSEPH VEGA, individually and as a police officer in the Police Department of the Village of Tinley Park, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Andrew K. Miller
 The Miller Law Group, LLC
 15 Spinning Wheel Road
 Suite 210
 Hinsdale, Illinois 60521

PLEASE TAKE NOTICE that on January 31, 2008, I caused to be filed the attached document entitled "**Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss.**" I have served the above parties with this Notice, and attached documents, by causing a true copy thereof to be transmitted via electronic service and/or mailed in a sealed envelope with postage thereon fully prepaid in the United States mail at 175 West Jackson Boulevard, Chicago, Illinois on January 31, 2008, at or before the hour of 5:00 p.m.

By:  /s/ Stacey McGlynn Atkins

Paul A. Rettberg
Stacey McGlynn Atkins
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Attorneys for Defendants