U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALEXANDER MENDEZ and CLAIRE MENDEZ, | 07 CV 6498 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS ALEXANDER MENDEZ and CLAIRE MENDEZ

| NAME (Type or print) |
|---|
| Andrew K. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andrew K. Miller |
| FIRM |
| The Miller Law Group, LLC |
| STREET ADDRESS |
| 15 Spinning Wheel Road, Suite 210 |
| CITY/STATE/ZIP |
| Hinsdale, IL 60521 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202785 | 630 654 4847 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies under penalties of perjury that on this <u>1st</u> day of February, 2008, copies of Andrew K. Miller's Appearance were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the Electronic Filing System, which will send notification of such to all counsel of record.

      /s/:  Jennifer A. Kunze
      Attorney for Plaintiffs
      **The Miller Law Group, LLC**
      15 Spinning Wheel Road
      Suite 210
      Hinsdale, Illinois 60521
      Telephone:  (630) 655-0692
      Facsimile:  (630) 654-4894