

EXHIBIT B

## OUR MAIL DELIVERY GETS BETTER — BUT IT'S STILL THE WORST | PAGE 3



50¢ CITY & SUBURBS • $1 ELSEWHERE | **SPORTS FINAL** | SUNTIMES.COM | **THURSDAY, JANUARY 31, 2008** | DECENT | **28° 23°** Page 40



THOMAS DELANY JR.~NEWS SUN

# AMP'D UP

**MORE TASERS FOR COPS** | Tasers could soon become standard equipment for Chicago Police beat cops, but a Cook County study has found the electric-shock weapons can trigger heart rhythm problems — and even death. | **PAGES 2-3**

# MORE TASERS FOR COPS

**'LESS THAN LETHAL'** | Maker says they're safe, but a county study finds they can cause heart rhythm problems — even death

## SHOCKING FORCE

A Taser's electrical current overrides the central nervous system, temporarily paralyzing targets.

**Dataport** stores date and time of Taser firing.

**Insulated wires** transmit 50,000 volts of electricity through up to two inches of clothing.



**ID tags ejected like confetti** when fired; printed with the serial number

**Probes hook wires to** target's skin or clothing.

**Disposable cartridge** uses compressed nitrogen to launch probes up to 35 feet.

**Batteries:** Older models use eight AA batteries; newer models are rechargeable.

SOURCES: Amnesty International; Taser International

AP

**BY FRANK MAIN AND FRAN SPIELMAN**
Staff Reporters/fmain@suntimes.com
fspielman@suntimes.com

Tasers could soon become standard equipment for Chicago Police beat cops as a "less than lethal" alternative to guns, but a Cook County study has found the electric-shock weapons can trigger heart rhythm problems — and even death.

The city is seeking bids for 2,500 Tasers, far beyond the 350 now in use by the department. The department also is considering putting cameras on Tasers to record how the weapon was used.

Tasers are not cheap. Some departments have spent as much as $1,000 per weapon.

The pistol-like weapons expel two darts connected to 35-foot-long wires. The barbs deliver an immobilizing 50,000-volt shock.

"We view them as a less-than-



THOMAS DELANY JR.~NEWS SUN

lethal option," police spokeswoman Monique Bond said of the department's Tasers, which were discharged 181 times in 2006.

But Dr. Andrew Dennis, a Stroger Hospital trauma surgeon and part-time Des Plaines police

---

# INSIDE TODAY'S SUN-TIMES



## Oprah picks self-help guide for book club
**PAGE 28**



**Dynamic duo coming together for first time at Grammys. | PAGE 38**

**STELLA FOSTER**

---

CYRUS F.　　JOHN　　DAVID D. RUIZ　　The Chicago Sun-Times Vol. 60, No. 309





**Ronald Hasse died after a Taser was used. An autopsy ruled electrocution was the primary cause of death.**

officer, warned that Tasers can kill.

He was part of a team in the Cook County trauma unit that studied pigs over the last two years. In one test, 11 pigs were hit with 40-second electrical bursts. After a 10-second delay, they were zapped again for 40 seconds. The bursts caused "significant rhythm problems," and two pigs died of ventricular fibrillation, Dennis said. Other tests showed the barbs' location can affect the heart's rhythm, he said.

"I am not anti-Taser," he said. "However, I think the device does have the potential for lethality."

Dennis said officers often are trained "that it cannot hurt anyone, and that's not true."

"I think the potential for harm is small, but it does exist. In no way, shape or form do I think Tasers should come off the market, but education should be modified so officers are trained for the potential risk," he said

Officers should have access to automated external defibrillators in case a suspect goes into cardiac arrest because of a Taser, Dennis said.

A Taser International spokesman said the firm questions the way the study was conducted and pointed to other studies on humans that did not find a link between Tasers and heart problems. Dennis, in turn, questioned the independence and methods of those studies.

In 2005, the Cook County medical examiner's office ruled that Ronald Hasse, 54, died following the use of a Taser. A Chicago Police sergeant used the device to subdue Hasse, who was unruly and high on methamphetamine, officials said.

Electrocution was the primary cause of death, and drugs were a contributing factor, the autopsy found.

Taser International, which counts former Chicago Police Supt. Terry Hillard as a consultant, disputed the autopsy.

The Chicago Police Department suspended the distribution of more Tasers after Hasse's death, but the ban was lifted after the department deemed them safe.

# Sex ed teachers often don't discuss condoms

One-third of sex education teachers in Illinois public schools don't cover at least one of four basic topics about sexual health that would constitute "comprehensive" education, according to a new University of Chicago study.

Nearly a third of the 209 instructors who responded said they had not been trained to teach sex ed.

"Math teachers are trained to be math teachers," said lead author Dr. Stacy Tessler Lindau, assistant professor of obstetrics and gyne-

# Mail delivery here 'most improved' — but still worst

**BY MARK KONKOL**
Staff Reporter/mkonkol@suntimes.com

Mail delivery in Chicago improved during the last three months of 2007, but it still has the worst in-town delivery rate in the nation, according to an audit re-

tween us and the top performers."

But several cities posted higher in-town delivery rates. New York and Los Angeles both had 95 percent on-time delivery rates, the audit said.

Chicago's mail delivery im-