Classically Liberal: Cops are such funny people. A real laugh riot. Page 1 of 2

Case 1:07-cv-06498    Document 15-4    Filed 02/05/2008    Page 1 of 2

EXHIBIT C

MONDAY, NOVEMBER 19, 2007

## Cops are such funny people. A real laugh riot.

Cops are funny people -- a real laugh riot. They should be given their own comedy series they are so funny.

Police officer Joseph Vega, of the Tinley Park police force, dropped in to order some pizza at Guardi's Pizza. The owner, Alexanader Mendez and his wife, were working the counter. Officer Vega ordered the pizza and Mendez went to the cooler to get it and prepare it.

While he was gone Office Vega asked Mrs. Mendez if she wanted to see him scare her husband. She told him she wasn't interested. But this jokester had a hilarious prank up his sleeve and couldn't wait to show it off.

He pulled out his Taser weapon and pointed it toward Mendez as he was coming out of the cooler. And then for a really funny punchline he pulled the trigger. Wait! It gets even funnier.

Mr. Mendez was hit in the head and the shoulder by the barbs and, of course, shocked by the electric charge. I hope you are sitting down because this prank will have you in stitches -- no doubt it had Mr. Mendez in stitches. After he was hit Mendez falls to the ground and goes into convulsions

that causes him to bite off part of his tonque. Now isn't that a slide splitter?

Vega rushes over and pulls out the barbs which causes profuse bleeding. And he calls the local cops to come and provide assistance. They get there and grab the bloody towels, they take Mr. Mendez's glasses which were covered in blood. And they confiscate the restaurants surveillance camera which recorded the entire event.

As funny as that is you should hear the cop's version of the events. According to them the officer didn't stop in to order a pizza he was conduct "a routine check on the business" -- the thoughtful man. And he just happened to notice that his Taser had its safety deactivated. And being a diligent, fine, upstanding servant of the people he took it out in order to put the safety back on since we all know cops are so very reluctant to Taser people. And for some unknown reason the Taser just shot off and hit poor Mr. Mendez entirely accidentally since we are dealing with a diligent, concerned police officer with nothing more than the safety of the public his main concern.

The Tinley Park police department immediately announced that the Taser was obviously defective since defective cops are so very rare. So they sent all their Tasers backs to the factory to be diligently checked. All of them, including the one that shot Mr. Mendez were sent back and certified to be in perfect working order.

The local town officials refuse to speak about the matter on advise of their attorneys. A law suit has been filed against the city by the poor man and his wife.