## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6498 | **DATE** | 2/14/2008 |
| **CASE TITLE** | Mendez vs. Village of Tinley Park, et al. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Counts I, II and III of the Plaintiffs' Complaint are dismissed. The remaining Counts are remanded to the Circuit Court of Cook County, Illinois for lack of federal jurisdiction. Status hearing stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mailed AO 450 form

| | Courtroom Deputy Initials: | WAP |
|---|---|---|