# United States District Court

## Northern District of Illinois
### Eastern Division

Alexander Mendez and Claire Mendez          **JUDGMENT IN A CIVIL CASE**

      v.                                          Case Number: 07 C 6498

Village of Tinley Park, et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Counts I, II and III of the Plaintiffs' Complaint are dismissed.  The remaining Counts are remanded to the Circuit Court of Cook County, Illinois for lack of federal jurisdiction.

 

Michael W. Dobbins, Clerk of Court

Date: 2/14/2008

/s/ Wanda A. Parker, Deputy Clerk